# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:20-cr-67  , Case Name  United States v. Brodie Shaw Thomson
Party Represented by Applicant:  Brodie Thomson

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please)  Gregory William Kehoe
Bar Identification Number  0486140          State  Florida
Firm Name  Greenberg Traurig, P.A.
Firm Phone #  (813) 318-5700          Direct Dial #  (813) 318-5732          FAX #  (813) 318-5900
E-Mail Address  kehoeg@gtlaw.com
Office Mailing Address  101 E. Kennedy Blvd., Suite 1900, Tampa, FL 33602

Name(s) of federal court(s) in which I have been admitted  See Attachment A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Nathan Muyskens
(Typed or Printed Name)

3/15/20
(Date)

39168
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)          (Date)

APPLICATION OF GREGORY WILLIAM KEHOE
FOR PRO HAC VICE ADMISSION IN THE EASTERN DISTRICT OF VIRGINIA
In Case Number 1:20-cr-67, United States of America v. Brodie Shaw Thomson
(Continued)

**New York Registration No.: 2855732**     **Admitted - 1980**

USDC, Eastern District of New York     Admitted - 1980

USDC, Southern District of New York     Admitted - 1980

USDC, Northern District of New York     Admitted - 1980

USDC, Western District of New York     Admitted - 1980

Appellate Division of Supreme Court of New York, 2nd Judicial Department    Admitted - 4/9/80

**The Florida Bar – Bar Number 0486140**     **Admitted - 7/31/85**

USDC, Middle District of Florida     Admitted - 7/25/00

USDC, Southern District of Florida     Admitted - 6/15/01

USDC, Northern District of Florida     Admitted - 6/15/01

**District of Columbia – Bar Number 1000210**     **Admitted - 5/13/11**

USDC and Bankruptcy Courts for the District of Columbia     Admitted – 11/5/14

**U.S. Court of Appeals - 11th Circuit**     **Admitted – 1983**

**U.S. Court of Appeals - 2nd Circuit**     **Admitted - 7/31/85**

**U.S. Court of Federal Claims**     **Admitted - 5/30/02**

Attachment A