IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-67-AJT |
| ) | |
| BRODIE SHAW THOMSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

It is hereby

ORDERED that the arraignment in this case presently scheduled for Thursday, March 19, 2020 at 9:00 a.m. shall proceed as scheduled.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 17, 2020